No. 1409 otorgada en febrero 16, 1912. Resuelto en junio 16, 1913. Se da por terminada dicha fianza en cuanto a los actos posteriores del notàrio y se declara vigente en cuanto a los actos anteriores durante el término legal y hasta que dicha fianza sea cancelada legalmente. La peticionaria compareció por medio de su Agente General, Harry F. Besosa.

No. 56. Ex parte Francisco Vallecillo Mandry, Peticionario.—Solicitud para que se apruebe la fianza notarial No. 2363 otorgada por la National Surety Company. Resuelto en junio 19, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

No. 370. Ex parte Pedro Carlos Timothé, Peticionario.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company. Resuelto en junio 19, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

No. 992. Córdova et al., Apelante, v. Surís et al., Apelados.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción de los apelados para que se desestime la apelación. Resuelto en junio 24, 1913. Denegada la moción. Abogados de los apelantes: Sr. Antonio Alvarez Nava. Abogado de los apelados: Sr. Fernando Vázquez.

No. 1000. Byron et al., Apelados, v. González, Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de la parte apelada para que se desestime la apelación. Resuelto en junio 24, 1913. Denegada la moción. Abogado de los apelados: Sr. Emigdio S. Ginorio. Abogado del apelante: Sres. H. H. Scoville y Enrique Rincón